# Third District Court of Appeal
## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1957
Lower Tribunal Nos. F76-417B & F76-2588B

————————

**Derek Archie,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Derek Archie, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.